IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY, | CV 24–2–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BOZEMAN REAL ESTATE GROUP, TRACY KNOEDLER, and ANDREW HURLBURT, | |
| Defendants. | |

On July 12, 2024, Richard Tuininga, Davene Tuininga, Seth Gibson, Amber Gibson, Frederick Nyquist, and Bridgette Larin ("Homeowners") filed an unopposed motion to intervene in the above-captioned declaratory judgment action. (Doc. 20.) Homeowners request the preliminary pretrial conference scheduled for July 17, 2024, be vacated to allow them to meaningfully participate. (Doc. 21 at 5.) However, Homeowners' motion is incomplete because they failed to include "a pleading that sets out the claim or defense for which intervention is sought," as required by Federal Rule of Civil Procedure 24(c). *See also* D. Mont. L.R. 24.1(b)(1)(C). Accordingly,

1

IT IS ORDERED that Homeowners' motion to intervene (Doc. 20) is DENIED without prejudice.

DATED this 16th day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court