IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BOZEMAN REAL ESTATE GROUP, TRACY KNOEDLER, and ANDREW HURLBURT,<br><br>Defendants,<br><br>and<br><br>RICHARD TUININGA, DAVENE TUININGA, SETH GIBSON, AMBER GIBSON, FREDERICK NYQUIST, and BRIDGETTE LARIN,<br><br>Defendant-Intervenors. | CV 24–2–BU–DWM<br><br>ORDER |

On July 22, 2024, Richard Tuininga, Davene Tuininga, Seth Gibson, Amber Gibson, Frederick Nyquist, and Bridgette Larin ("Homeowners") filed a second unopposed motion to intervene in the above-captioned declaratory judgment action, arguing they are entitled to intervene as of right under Federal Rule of Civil Procedure 24(a), or alternatively, that they should be permitted to intervene under Rule 24(b). (Doc. 26 at 3.) Accordingly,

1

IT IS ORDERED that the motion to intervene (Doc. 26) is GRANTED pursuant to Rule 24(b). The Clerk of Court is directed to add the Homeowners as Defendant-Intervenors, and the case caption shall be modified accordingly.

IT IS FURTHER ORDERED that Homeowners must refile their Answer and Counterclaims and any supplemental documents on or before August 2, 2024.

DATED this 29th day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court